UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61596-CIV-COHN/SELTZER

BETHANY METCALF,

    Plaintiff,

v.

ALL-IN-ONE SOLUTIONS
ENTERPRISE, INC.,

    Defendant.
_____/

### ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the Joint Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice [DE 11] ("Motion").  The parties have submitted the proposed Settlement Agreement to the Court for *in camera* review.  The Court has carefully reviewed the Motion, the Settlement Agreement, and is otherwise advised in the premises.  The Court finds that the terms of the settlement are fair and reasonable and meet the standard set forth in Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982).  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice [DE 11]  is **GRANTED**;
2. The parties' Settlement Agreement is **APPROVED**;
3. The above-styled action is hereby **DISMISSED WITH PREJUDICE**;
4. Each party shall bear its own costs and attorney's fees;
5. The Court retains jurisdiction solely to enforce the terms of the Settlement

Agreement between the parties; and

6. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of November, 2015.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF